1
2
3
4
5
# UNITED STATES DISTRICT COURT
6
## EASTERN DISTRICT OF CALIFORNIA

7   OREGON MUTUAL INSURANCE          )   1:07cv0719 OWW DLB
    COMPANY,                         )
8                                    )
                                     )   ORDER GRANTING DEFENDANTS'
9                                    )   MOTIONS FOR CHANGE OF INTRA-
                 Plaintiff,          )   DISTRICT VENUE
10                                   )   (Documents 11, 18)
     v.                              )
11                                   )   ORDER VACATING AUGUST 23, 2007,
     SYLVIA L. SHAW, et al.,         )   HEARING DATE
12                                   )
                                     )
13                                   )
                 Defendants.         )
14   _____ )

15
16          Defendant Sylvia L. Shaw ("Defendant Shaw") filed the instant motion for change of

17   intra-district venue on June 22, 2007, requesting that this action be transferred from Fresno to the

18   Sacramento division of this Court.  Plaintiff's Oregon Mutual Insurance Company ("Plaintiff")

19   filed a notice of non-opposition on July 10, 2007, and the matter was removed from calendar.

20          On July 23, 2007, Defendant Daniel Near ("Defendant Near") filed an identical motion.

21   The motion was set for hearing on August 23, 2007.  By this order, the Court will address both

22   motions and therefore vacates the August 23, 2007, hearing date.

23          Given that a substantial part of the events or omissions giving rise to Plaintiff's claims

24   occurred within the Sacramento Division, the location of the potential witnesses, and Plaintiff's

25   notice of non-opposition to the request, Defendants' motions are GRANTED.  This action is

26   therefore TRANSFERRED to the Sacramento Division of this Court.

27          IT IS SO ORDERED.

     **Dated:   July 30, 2007**          _____/s/ **Dennis L. Beck**_____
28                                        UNITED STATES MAGISTRATE JUDGE

1