WRIGHT & BRITTON
An Association of Attorneys
HAROLD C. WRIGHT - CBA NO. 044400
JOHN A. BRITTON - CBA NO. 055490
3741 Douglas Boulevard, Suite 380
Roseville, CA 95661
Telephone:   (916) 781-2050
Facsimile:   (916) 782-7560

Attorneys for Defendant and
Cross-Complainant SYLVIA L. SHAW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYLVIA L. SHAW, et al.,<br><br>Defendants. | CASE NO. 2:07-CV-01552-WBS-JFM<br><br>**STIPULATION AND ORDER FOR LIMITED MODIFICATION OF JOINT SCHEDULING CONFERENCE REPORT**<br><br>Judge:         William B. Shubb<br>Courtroom:  5<br>Trial Date:    November 18, 2008 |

   COME NOW THE PARTIES, by and through their attorneys of record, and propose a stipulation for the modification of this Court's Status (Pretrial Scheduling) Order of September 28, 2007.  The purpose of this stipulation is to modify the discovery cutoff date and the motion hearing schedule.  The parties wish to so modify the Pretrial Scheduling Order because the parties have agreed to try and resolve this case through mediation.  That mediation is set to take place on June 10, 2008 before the Honorable Richard Gilbert, Judge of the Superior Court, Retired.  With a view towards trying to resolve this case through mediation, the parties wish to stipulate as follows:

   1.   The discovery cutoff date of June 6, 2008 shall now be modified and extended to August 8, 2008.

   2.   The motion hearing schedule of July 18, 2008 shall now be modified and

-1-

**Stipulation and Order for Limited Modification of Joint Scheduling Conference Report**

1  extended to September 5, 2008.

2      The foregoing is stipulated to by and between the following:

3  Dated: April 23, 2008                McCormick Barstow LLP

5                                            By: /s/ Gordon M. Park
6                                                  Gordon M. Park, Esq.
                                                Attorney for Plaintiff Oregon Mutual
7                                                  Insurance Company

8  Dated: April 23, 2008                Wright & Britton

10                                            By: /s/ John A. Britton
11                                                John A. Britton, Esq.
                                              Attorney for Defendant and
                                              Cross-Complainant Sylvia L. Shaw

13  Dated: April 24, 2008                Segal & Kirby

15                                            By: /s/ Malcolm S. Segal
16                                                Malcolm Segal, Esq.
                                              Attorney for Defendant and
                                              Cross-Complainant Sylvia L. Shaw

18  Dated: March 31, 2008               By: /s/ Daniel Near
                                              Daniel Near, In Pro Per
19                                                Defendant and Cross-Defendant

20  **ORDER**

21      Upon reviewing the Stipulation referred to hereinabove, and good cause appearing,

22      IT IS HEREBY ORDERED that this Court's Pretrial Scheduling Order of

23  September 28, 2007 be modified according to the Stipulation referred to hereinabove.

24  Dated:  April 24, 2008

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Limited Modification of Joint Scheduling Conference Report**