Gordon M. Park, # 072190
Paul J. Whitfield, # 241651
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
OREGON MUTUAL INSURANCE COMPANY,
an Oregon corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Sylvia Shaw, an individual; Dan Near, an individual,<br><br>　　　　　　Defendants. | Case No.  2:07-CV-01552-WBS-JFM<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>Judge:    Hon. William B. Shubb |
| SYLVIA L. SHAW,<br><br>　　　　　　Cross-Complainant,<br><br>　　v.<br><br>DANIEL A. NEAR and ROES 1 through 25, in clusive,<br><br>　　　　　　Cross-Defendant. | |

Plaintiff OREGON MUTUAL INSURANCE COMPANY, by and through its attorneys, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, by Gordon M. Park, Defendant/Cross-Complainant SYLVIA L. SHAW, by and through her attorneys, Wright & Britton, by John A. Britton, and Defendant/Cross-Defendant DANIEL NEAR, in pro per, do hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice in its entirety, including the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND ORDER TO DISMISS 2:07-CV-01552-WBS-JFM

operative complaint and cross-complaint.

  Each party will bear their own costs and attorneys fees.

Dated: 10/1/08            McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH LLP


                   By: /s/Paul J. Whitfield
                      Gordon M. Park
                      Paul J. Whitfield
                    Attorneys for Plaintiff
                 OREGON MUTUAL INSURANCE
               COMPANY, an Oregon corporation

Dated: 9/29/08                WRIGHT & BRITTON


                   By: /s/John A. Britton
                      Harold C. Wright
                      John A. Britton
                Attorneys for Defendant/Cross-
                     Complainant
                    SYLVIA L. SHAW

Dated: 9/24/08


                   By: /s/Dan Near
                     Daniel A. Near
                  Defendant/Cross-Defendant


## **ORDER**

  IT IS SO ORDERED.

Dated: October 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


66373/00241-1276522.v1